

Same case below, 592 F.3d 1072.

**No. 10-8030. Johnny Oren Purcell, Petitioner v. California.**

563 U.S. 991, 131 S. Ct. 2443, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3690.

May 16, 2011. Petition for writ of certiorari to the Court of Appeal of California, Second Appellate District, denied.

**No. 10-8332. Emmanuel Etere, Petitioner v. City of New York, New York, et al.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3779.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 381 Fed. Appx. 24.

**No. 10-8060. Karen Rodriguez, Petitioner v. Colorado.**

563 U.S. 991, 131 S. Ct. 2443, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3791.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of Colorado denied.

Same case below, 238 P.3d 1283.

**No. 10-8405. Daniel Holmes, Petitioner v. United States.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3705.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 384 Fed. Appx. 219.

**No. 10-8266. Trevor Dorsett, Petitioner v. United States.**

563 U.S. 991, 131 S. Ct. 2443, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3701.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 622 F.3d 196.

**No. 10-8418. Juan Francisco Lizardo, Petitioner v. United States.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3649.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 619 F.3d 273.

**No. 10-8272. Tom Hardisty, Petitioner v. Michael J. Astrue, Commissioner of Social Security.**

563 U.S. 991, 131 S. Ct. 2443, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3726.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 10-8527. Michael Addison, Petitioner v. New Hampshire.**

563 U.S. 991, 131 S. Ct. 2444, 179 L. Ed. 2d 1215, 2011 U.S. LEXIS 3638.

May 16, 2011. Petition for writ of certiorari to the Supreme Court of New Hampshire denied.